UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __Jan. 6, 2022__

------------------------------------------------------------ x

ELIZABETH CRUZ,

                **Plaintiff,**

-against-

NUSRET NEW YORK LLC,

                **Defendant.**

<u>ORDER</u>

1:21-CV-10654-ALC

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

    The Court will hold a telephonic status conference in this case on **January 11, 2022** at **3pm ET**. All Parties shall appear and should contact the Court conference line at **1-888-363-4749 (access code: 3768660)** at that time.

**SO ORDERED.**

**Dated:** Jan. 6, 2022
       New York, New York

                                                  _____
                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**