UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

ELIZABETH CRUZ,

                         **Plaintiff,**

      -against-

NUSRET NEW YORK LLC,

                        **Defendant.**

------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __Jan. 11, 2022__

1:21-CV-10654-ALC

**ORDER CANCELLING STATUS CONFERENCE**

**ANDREW L. CARTER, JR., District Judge:**

      In light of Plaintiff Elizabeth Cruz's ("Plaintiff") submission of a motion to remand yesterday, the telephonic status conference scheduled for **January 11, 2022** at **3pm ET** is hereby **CANCELLED**. Defendant Nusret New York, LLC shall file its opposition to the motion to remand no later than **January 18, 2022** and Plaintiff shall submit her reply, if any, no later than **January 25, 2022**.

**SO ORDERED.**

**Dated:** Jan. 11, 2022
      New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**